IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Burke, et al., | No. CV 10-369-TUC-FRZ |
| Plaintiffs, | **ORDER** |
| vs. | |
| National Action Financial Services, Inc., | |
| Defendant. | |

Pursuant to Plaintiffs' notice of voluntary dismissal pursuant to FED.R.CIV.P. 41(a)(1), IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Clerk of the Court shall close the file in this matter.

DATED this 2nd day of November, 2010.

_____
Frank R. Zapata
Senior United States District Judge